**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| **FERNANDO SANCHEZ** | **Civil Action 2:26-cv-00046-ALM-KAJ** |
| **Plaintiff,** | **Judge Algenon L. Marbley** |
| **v.** | **Magistrate Judge Kimberly A. Jolson** |
| **COMPLETE CREDIT SOLUTIONS, INC.,** ***et al.*** | |
| **Defendants.** | |

**JOINT NOTICE OF SETTLEMENT**
**AS TO DEFENDANT NPG ASSOCIATES, INC. ONLY**

Plaintiff Fernando Sanchez and Defendant NPG Associates, Inc. hereby jointly notify the Court and all parties that the Parties have reached a settlement in principle of all claims. The Parties anticipate that a stipulated notice of dismissal or Joint Motion to Sever Plaintiff's Claims against Defendant NPG Associates, Inc. depending on the procedural posture of the case at that time will be filed within the next forty-five (45) days.

Date: July 13, 2026

Respectfully submitted,

/s/Brian D. Flick
Brian D. Flick (0081605)
Brent S. Snyder (0104059)
DannLaw
15000 Madison Ave.
Lakewood, OH 44107
(216) 373-0539
(216) 373-0536 – fax
notices@dannlaw.com

*Counsel for Plaintiff*

/s/Zachary B. Pyers
Zachary B. Pyers (0083606)
Reminger Co. LPA
200 Civic Center Drive, Suite 800
Columbus, OH 43215
Phone: (614) 228-1311
Fax: (614) 232-2491
zpyers@reminger.com

*Counsel for Defendant NPG Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, a true and correct copy of the foregoing *Notice of Withdrawal* was filed electronically with the Court's CM/ECF system which will provide notice to all counsel of record. I additionally certify that on July 13, 2026, a true and correct copy was also served upon the following parties via ordinary U.S. mail, postage prepaid:

Complete Credit Solutions, Inc.
℅ Bill Edwards, President
2921 Brown Trail, Suite 100
Bedford, Texas 76021

/s/Brian D. Flick
Brian D. Flick (0081605)
Brent S. Snyder (104059)
Dann Law
*Counsel for Plaintiff Fernando Sanchez*